Christopher Alexander Olsen, SBN 236928
Olsen Law Offices, APC
1010 Second Avenue Suite 1835
San Diego, CA 92101
619-550-9352
619-923-2747 (fax)
caolsen@caolsenlawoffices.com

Richard J. (Rex) Burch
*Pro hac vice* motion forthcoming
BRUCKNER BURCH PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Telephone: (713) 877-8788
Facsimile: (713) 877-8065
rburch@brucknerburch.com

Attorneys for Rodgers

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANICE RODGERS, individually and on behalf of others similarly situated,<br><br>Rodgers,<br><br>vs.<br><br>PROFESSIONAL EMPLOYMENT GROUP, INC.,<br><br>Defendant. | Case No. 13CV02128-DMS-BLM<br><br>**DEMAND FOR JURY TRIAL** |

///

///

///

///

///

///

///

# **DEMAND FOR JURY TRIAL**

Plaintiff demands a trial by jury for herself and all others similarly situated on all claims so triable.

Dated: September 17, 2013            **OLSEN LAW OFFICES, APC**

                                                     s/*Christopher A. Olsen
                                                     Christopher A. Olsen
                                                     Attorney for Rodgers